UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS SOBCZAK, JR.            ) | |
|                                ) | |
|     Plaintiff,     ) | |
|                                ) | CIVIL ACTION |
| vs.                            ) | FILE NO. CV-10-1848 |
|                                ) | |
|                                ) | NOTICE OF SETTLEMENT |
| CAPITAL MANAGEMENT SERVICES,   ) | |
| LP                             ) | |
|                                ) | |
|     Defendant.     ) | |
| _____) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Eastern District of New York, Plaintiff's Notice of Settlement. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

    Respectfully submitted this 18th day of June, 2010.

    ATTORNEYS FOR PLAINTIFF
    *Thomas Sobczak, Jr.*

    By: s/Dennis R. Kurz
    Dennis R. Kurz
    NY Bar No. 4570453
    ***Weisberg & Meyers, LLC***
    Attorneys for Plaintiff
    5025 N. Central Ave. #602
    Phoenix, AZ 85012
    (888) 595-9111 ext. 412
    (866) 842-3303 (fax)

dkurz@attorneysforconsumers.com
Notice Filed electronically on this 18th day of June, 2010, with:

United States District Court CM/ECF system



s/Jessica DeCandia
Jessica DeCandia