**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THOMAS SOBCZAK, JR )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>CAPITAL MANAGEMENT SERVICES,)<br>LP )<br>Defendant. )<br>_____) | CIVIL ACTION<br>FILE NO. 2:10-cv-1848<br><br>NOTICE OF DISMISSAL OF CASE |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Eastern District of New York, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted this 26th day of August, 2010.

ATTORNEYS FOR PLAINTIFF
*Thomas Sobczak, Jr.*

By: s/Dennis R. Kurz
Dennis R. Kurz
NY Bar No. 4570453
***Weisberg & Meyers, LLC***
Attorneys for Plaintiff
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 412
(866) 842-3303 (fax)
dkurz@attorneysforconsumers.com

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT.

Notice Filed electronically on this 26th day of August, 2010, with:

United States District Court CM/ECF system

s/Jessica DeCandia
Jessica DeCandia

*No Change*

*[signature]*
*Central Slip, NY*
*8/30/10*